UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOSEPH BLECHA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 2:21-CV-00019-WJE |
| TSC DIGITAL ENTERTAINMENT, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal filed on March 10, 2021.

Pursuant to Federal Rule of Civil Procedure Rule 41 (a)(1)(A)(i), this action is hereby

**DISMISSED** without prejudice.

**IT IS SO ORDERED.**

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
United States Magistrate Judge

March 10, 2021